John W. Spiegel (State Bar No. 78935)
john.spiegel@mto.com
John Schwab (State Bar No. 301386)
john.schwab@mto.com
Craig Jennings Lavoie (State Bar No. 293079)
craig.lavoie@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Edwin F. McPherson (State Bar No. 106084)
emcpherson@mcpherson-llp.com
Pierre B. Pine (State Bar No. 211299)
ppine@mcpherson-llp.com
Gabriel Henriquez (State Bar No. 289007)
ghenriquez@mcpherson-llp.com
**McPHERSON LLP**
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA  90067
Tel: (310) 553-8833
Fax: (310) 553-9233

Attorneys for Defendant JUSTIN TIMBERLAKE

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN URBANO,<br><br>                    Plaintiff,<br><br>          vs.<br><br>JUSTIN TIMBERLAKE,<br><br>                    Defendant. | Case No. 2:22-cv-04512-FLA-E<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge:  Hon. Fernando L. Aenlle-Rocha<br><br>Trial Date:      January 5, 2026 |

NOTICE IS HEREBY GIVEN that Plaintiff JOHN URBANO (hereinafter "Plaintiff") and Defendant JUSTIN TIMBERLAKE (hereinafter "Defendant") (collectively hereinafter the "Parties"), have reached a settlement in this case. Counsel for the Parties are in the process of drafting and executing a formal settlement agreement and related dismissal papers.

The Parties expect that the final executed Joint Stipulation of Dismissal of all claims will be filed within 30 days, once the settlement terms have been finalized, and the terms of the settlement have been satisfied.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

-2-

1    The Parties request that the Court vacate all pending motions, hearings, and

2 other deadlines, including Plaintiff's Motion for Attorneys' Fees (ECF No. 105) and

3 Plaintiff's Motion for Review of Discovery Order (ECF No. 131).

4

5 DATED: July 10, 2025                    John W. Spiegel

6                                         John Schwab
                                          Craig Jennings Lavoie

7                                         **MUNGER, TOLLES & OLSON LLP**

8                                         Edwin F. McPherson
                                          Pierre B. Pine

9                                         Gabriel Henriquez
                                          **McPHERSON LLP**

10

11
                                          By:    */s/ Edwin F. McPherson*
12                                               ──────────────────────────
                                                 EDWIN F. McPHERSON
13                                               Attorneys for Defendant
                                                 JUSTIN TIMBERLAKE

14

15

16 DATED:  July 10, 2025                   Bailey A. Blaies

17                                         John Austin Curry (Pro Hac Vice)
                                           Warren J. McCarty, III (Pro Hac Vice)

18                                         Daniel Pearson (Pro Hac Vice)
                                           **CALDWELL CASSADY CURRY P.C.**

19

20                                         Stephen R. Isbell (Local Counsel)
                                           **PROCOPIO, CORY, HARGREAVES &**

21                                         **SAVITCH LLP**

22
                                          By:    */s/ Bailey A. Blaies*
23                                               ──────────────────────────
                                                 BAILEY A. BLAIES
24                                               Attorneys for Plaintiff
                                                 JOHN URBANO

25

26

27

28

## <u>LOCAL CIVIL RULE 5-4.3.4(a)(2)(i) CERTIFICATION</u>

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.


Dated: July 10, 2025                                   Edwin F. McPherson
                                                       Pierre B. Pine
                                                       Gabriel Henriquez
                                                       **McPHERSON LLP**


                                        By:    */s/ Edwin F. McPherson*
                                                       _____
                                                       EDWIN F. McPHERSON
                                                       Attorneys for Defendant
                                                       JUSTIN TIMBERLAKE