Bailey A. Blaies – SBN 326401
 bblaies@caldwellcc.com
John Austin Curry (*Pro Hac Vice*)
 acurry@caldwellcc.com
Warren J. McCarty, III (*Pro Hac Vice*)
 wmccarty@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Attorneys for Plaintiff JOHN URBANO

John W. Spiegel – State Bar No. 78935
 john.spiegel@mto.com
John Schwab – State Bar No. 301386
 john.schwab@mto.com
Craig Jennings Lavoie – State Bar No. 293079
 craig.lavoie@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Edwin F. McPherson – State Bar No. 106084
 emcpherson@mcpherson-llp.com
Pierre B. Pine – State Bar No. 211299
 ppine@mcpherson-llp.com
**McPHERSON LLP**
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA  90067
Tel:(310)553-8833
Fax:(310)553-9233

Attorneys for Defendant JUSTIN TIMBERLAKE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN URBANO, | CASE NO. 2:22-cv-04512-FLA (Ex) |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| JUSTIN TIMBERLAKE, | **[F.R.C.P § 41(a)(1)(A)(ii)]** |
| Defendant. | Hon. Fernando L. Aenlle-Rocha |

1    IT IS HEREBY STIPULATED, by and between the parties, through their
respective counsel of record, that Plaintiff John Urbano and Defendant Justin Timberlake
(collectively, the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
Civil Procedure, hereby stipulate and agree that all claims that were or could have been
asserted by the Parties in this action, however designated, shall be, and hereby are,
dismissed, **with prejudice**, each party to bear his own fees and costs, and waiving all
rights of appeal.

DATED: September 9, 2025

John W. Spiegel
John Schwab
Craig Jennings Lavoie
MUNGER, TOLLES & OLSON LLP

Edwin F. McPherson
Pierre B. Pine
**McPHERSON LLP**

By: _____
EDWIN F. McPHERSON
Attorneys for Defendant
JUSTIN TIMBERLAKE

DATED: September 9, 2025

Bailey A. Blaies
John Austin Curry (*Pro Hac Vice*)
Warren J. McCarty, III (*Pro Hac Vice*)
Daniel Pearson (*Pro Hac Vice*)
**CALDWELL CASSADY CURRY P.C.**

Stephen R. Isbell (Local Counsel)
**PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**

By: _____
BAILEY A. BLAIES
Attorneys for Plaintiff
JOHN URBANO